# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Thelma Lee Jones</u>  Case Number: <u>3:10-00274</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>July 21, 2011</u>

Original Offense: <u>18 U.S.C. § 1347  Health Care Fraud (Four Counts)</u>

Original Sentence: <u>Three years' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>July 21, 2011</u>

Assistant U.S. Attorney: <u>Byron Jones</u>  Defense Attorney: <u>James A. Simmons</u>

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this ⎯⎯ day of ⎯⎯⎯⎯⎯, 2014, and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Todd J. Campbell
U. S. District Judge

Place  Nashville, Tennessee

Date  April 22, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>   <u>Nature of Noncompliance</u>

1.   **<u>The defendant shall pay restitution to the victims identified in the Criminal Monetary Penalties section of the Judgment in an amount totaling $720,335.83, at a minimum monthly rate of 10% of her gross income:</u>**

Thelma Lee Jones has paid $14,902.57 towards her restitution. On May 20, 2013, the U.S. Attorney's Office placed Ms. Jones on a payment plan of $100 per month, beginning June 15, 2013. Ms. Jones has made her monthly payments as ordered.

**<u>Compliance with Supervision Conditions and Prior Interventions</u>:**

Ms. Thelma Jones has been sporadically employed due to her health and being the primary caretaker of her husband who has severe medical issues. Prior to the payment plan approved by the U.S. Attorney's Office, Ms. Jones paid towards her restitution to the best of her ability. Since June 2013, Ms. Jones has paid her restitution as agreed, and she is in compliance with all other standard rules and conditions of supervision. Her term of probation is scheduled to expire on July 20, 2014.

**<u>U.S. Probation Officer Recommendation:</u>**

It is recommended Ms. Jones be allowed to terminate from supervision still owing restitution. If she does not continue to make appropriate payments after her supervision expires, the U.S. Attorney's Office may garnish her income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
             Britton Shelton
             Supervisory U.S. Probation Officer